UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUMMIT ENTERTAINMENT, LLC,<br>    Declaratory Judgment Plaintiff,<br><br>against<br><br>ERGOARTS, INC. and<br>ELLEN RIGAS VENETIS,<br>    Declaratory Judgment Defendants. | C.A. No. 10 Civ. 00193 (JSR)<br><br>ECF CASE |
| EPV ENTERPRISES, LLC,<br>    Counterclaim Plaintiff,<br><br>against<br><br>SUMMIT ENTERTAINMENT, LLC,<br>    Counterclaim Defendant. | STIPULATION AND ORDER<br>CONCERNING ANSWER AND REPLY<br>TO COUNTERCLAIMS AND THIRD<br>PARTY COMPLAINT |
| EPV ENTERPRISES, LLC,<br>    Third-party Plaintiff,<br><br>against<br><br>APPLEHEAD PICTURES, LLC, CAROLINE<br>KAPLAN, GIULIO TAMASSIA, and CLUB<br>DI GIULIETTA,<br>    Third-party Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 3-26-10 |

IT IS HEREBY STIPULATED AND AGREED between the undersigned counsel, subject to the Court's approval, as follows:

1.    Counterclaim Defendant Summit Entertainment, LLC's ("Summit") time to answer or otherwise respond to EPV Enterprises LLC's counterclaims is extended to April 9, 2010. This is the second request for an extension of time by Summit.

**COURTESY COPY**

2.  Third-Party Defendants Applehead Pictures LLC ("Applehead") and Caroline Kaplan's ("Kaplan") time to answer or otherwise respond to EPV Enterprises LLC's third-party claims is extended to April 9, 2010. This is the second request for an extension of time by Applehead and Kaplan.

3.  Kenyon & Kenyon LLP is representing Third-Party Defendants Giulio Tamassia ("Tamassia") and Club Di Giulietta (the "Club") for the limited purpose of this Stipulation and Order.

4.  Third-Party Defendants Tamassia and the Club's time to answer or otherwise respond to EPV Enterprises LLC's third-party claims is extended to April 9, 2010. This is the first request for an extension of time by Tamassia.

5.  No dates in the Civil Case Management Plan (D.I. 11) will be impacted by this Stipulation and Order.

DATED: March 24, 2010
New York, New York

KENYON & KENYON LLP

By: _____
Jonathan D. Reichman (JR 3243)
Michelle Mancino Marsh (MM 1494)
One Broadway
New York, NY 10004
Tel: 212-425-7200

*Counsel for Declaratory Judgment Plaintiff/Counterclaim Defendant Summit Entertainment LLC, Third-Party Defendants Applehead Pictures, LLC, Caroline Kaplan, Giulio Tamassia and Club Di Giulietta*

ROSENBERG & GIGER P.C.

By: _____
John J. Rosenberg (JR 5292)
Matthew H. Giger (MG 3731)
488 Madison Avenue, 10th Floor
New York, NY 10022
Tel: 212-705-4826

*Counsel for Declaratory Judgment Defendant/Counter-Claim Plaintiff/ Third-Party Plaintiff EPV Enterprises, LLC*

*Approved, but no further extensions.*

DATED: 3/25/10
New York, New York

SO ORDERED:

_____
HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

3